UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NANCY M. HEFFNER and<br>ALTON J. HEFFNER,<br><br>    Plaintiffs,<br><br>v.<br><br>TUSK ENTERPRISES, LLC and<br>RHINO MEDICAL STAFFING, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:17-CV-75-SNLJ<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to compel (#23). Plaintiff has not responded, and the time for doing so has passed.

On December 11, 2017, defendant served its first interrogatories and first requests for document production. Plaintiffs' responses were due thirty days later. Fed. R. Civ. P. 33(b)(2) (interrogatories); Fed. R. Civ. P. 34(b)(2)(A) (document production). As of March 5, 2018, plaintiffs had not responded or objected to the interrogatories or requests. Defendant's counsel emailed plaintiffs' counsel twice and spoke with plaintiff's counsel twice by phone to resolve the issue. Defendant now asks for judicial intervention. As such, plaintiffs are ordered to respond to defendant's first interrogatories and first requests for document production within ten days. The Court will entertain a separate motion from defendant for its reasonable fees.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel (#23) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs must respond to defendant's first interrogatories and first requests for document production by April 5, 2018.

So ordered this __26th__ day of March 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE